# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:   DIANNE DAVIDSON          §
                                  §   Case No.: 09-07816
                                  §
                                  §
                                  §
         Debtor(s)                §

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/09/2009.

2) This case was confirmed on 05/27/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 07/29/2009.

5) The case was dismissed on 09/02/2009.

6) Number of months from filing to the last payment: 2

7) Number of months case was pending: 10

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $    17,900.00

10) Amount of unsecured claims discharged without payment $     .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $ 1,216.14 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ 1,216.14 |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid through the Plan | $ .00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 87.56 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 87.56 |
| Attorney fees paid and disclosed by debtor | $ 577.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| LITTON LOAN SERVICIN | OTHER | NA | NA | NA | .00 | .00 |
| BENEFICIAL/HOUSEHOLD | UNSECURED | .00 | NA | NA | .00 | .00 |
| BENEFICIAL/HOUSEHOLD | UNSECURED | .00 | NA | NA | .00 | .00 |
| BENEFICIAL/HOUSEHOLD | UNSECURED | .00 | NA | NA | .00 | .00 |
| LVNV FUNDING | UNSECURED | .00 | 635.37 | 635.37 | .00 | .00 |
| LVNV FUNDING | UNSECURED | .00 | 1,030.21 | 1,030.21 | .00 | .00 |
| CHASE BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| CHRIST HOSPITAL | UNSECURED | 75.00 | NA | NA | .00 | .00 |
| JAGMIN DENTAL CLINIC | UNSECURED | 850.00 | NA | NA | .00 | .00 |
| FIRST NATIONAL BANK | UNSECURED | 635.00 | NA | NA | .00 | .00 |
| PREMIER BANK CARD | UNSECURED | 595.00 | 595.43 | 595.43 | .00 | .00 |
| HSBC | UNSECURED | .00 | NA | NA | .00 | .00 |
| JC PENNEY | UNSECURED | .00 | NA | NA | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | 1,902.00 | 1,909.26 | 1,909.26 | .00 | .00 |
| NICOR GAS | UNSECURED | 403.71 | NA | NA | .00 | .00 |
| WASHINGTON MUTUAL/PR | UNSECURED | .00 | NA | NA | .00 | .00 |
| LITTON LOAN SERVICIN | SECURED | 92,000.00 | 91,695.86 | .00 | .00 | .00 |
| LITTON LOAN SERVICIN | SECURED | .00 | 29,779.12 | 996.94 | 996.94 | .00 |
| JP MORGAN CHASE BANK | SECURED | 25,000.00 | .00 | .00 | .00 | .00 |
| JP MORGAN CHASE BANK | SECURED | .00 | .00 | .00 | .00 | .00 |
| LIGHTHOUSE FINANCIAL | SECURED | 1,076.00 | 1,347.06 | 1,076.00 | 71.72 | .00 |
| LIGHTHOUSE FINANCIAL | SECURED | 899.00 | 803.83 | 803.83 | 59.92 | .00 |
| AMBIT ENERGY | UNSECURED | 208.31 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AT & T | UNSECURED | 131.92 | NA | NA | .00 | .00 |
| CITY OF CHICAGO PARK | UNSECURED | 100.00 | 684.40 | 684.40 | .00 | .00 |
| CBA COLLECTION BUREA | UNSECURED | 843.95 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 316.00 | 209.45 | 209.45 | .00 | .00 |
| JC CHRISTENSEN & ASS | UNSECURED | 1,026.28 | NA | NA | .00 | .00 |
| PAYMENT SERVICES | UNSECURED | 544.45 | NA | NA | .00 | .00 |
| BEST SERVICE CO | UNSECURED | 325.06 | 325.13 | 325.13 | .00 | .00 |
| LITTON LOAN SERVICIN | OTHER | NA | NA | NA | .00 | .00 |
| LIGHTHOUSE FINANCIAL | UNSECURED | NA | .00 | 271.06 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 996.94 | 996.94 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | 1,879.83 | 131.64 | .00 |
| **TOTAL SECURED:** | 2,876.77 | 1,128.58 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 5,660.31 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $ | 87.56 |
| Disbursements to Creditors | $ | 1,128.58 |
| **TOTAL DISBURSEMENTS:** | $ | 1,216.14 |

12)    The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:    12/23/2009                              /s/ Tom Vaughn
                                                  Tom Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**